Nos. 2871 y 2872. CASTRO, APELANTE, *v.* ROBLEDO, APELADO.—Corte de Distrito de Humacao. Resueltos en noviem-

bre 7, 1922. Vistas las mociones de desestimiento de apelación presentadas por la apelante en cada caso, se le tiene por desistido de la apelación.